# EXHIBIT A

Case 1:25-cr-00473-JRO     Document 28-2     Filed 04/29/26     Page 2 of 13

**40**
View comments

Top ︿

Home     +99

2nd 2026 4PM **74°F**     7PM **64°F**     **5-Day Forecast**

# Daily Mail

Home | US Showbiz | TV | Sports | US Politics | Royals | News | Crime Desk | Lifestyle | Money | U.K. | Buyline | Games |

NFL   NBA   Soccer   Premier League   MLS   MLB   NHL   Boxing   MMA   Golf   Tennis   F1   WWE   More                     Login

ADVERTISEMENT

# Prospective Everton owner Josh Wander hits out at 'misleading' reports about 'instability and unrest' over 777 Partners' takeover at Goodison Park in open letter to fans

- **777 Partners co-founder Josh Wander has written an open letter to Everton fans**
- **Wander has described reports criticising 777 Partners as 'misleading'**
- **Listen to the latest episode of Mail Sport's podcast 'It's All Kicking Off!'**

By LEWIS STEELE, FOOTBALL REPORTER

**PUBLISHED:** 07:41 EDT, 7 October 2023 | **UPDATED:** 07:59 EDT, 7 October 2023

**24**
shares

**40**
View comments

**Everton**'s prospective new owners 777 Partners have written an open letter to fans ahead of Saturday's crunch match with **Bournemouth** at Goodison Park.

Co-founder Josh Wander, who was at **last weekend's home defeat to Luton**, has described the 'profound' opportunity to take over Everton and said negative headlines around 777 are 'misleading'.

Members of 777 will be at the match against Bournemouth - Everton have lost every home game this season - and Wander wrote: 'We stood in anticipation of the whistle as the "Spirit of the Blues" turned into the siren and Z-Cars, as the fans welcomed the team to the pitch.

Enter your search        Search

## STARS OF SPORT

▶ **White House slammed for 'shameful' photo of Trump with women's tennis team**
Fans claimed 'Didn't think this was real' after the image was shared



▶ **NASCAR icon speaks out after Jordan grabbed him by the throat in shocking live TV moment**
Instantly went viral on social media



**It's 50 days until the World Cup - our expert talent-spotter has picked out the 50 new stars you HAVEN'T heard of that you need to know about before they light …**



▶ **Burnley vs Manchester City - Premier League LIVE: Latest score and updates as Erling Haaland opens the scoring just FIVE minutes into Turf Moor clash as Pep Gua…**



ADVERTISEMENT

Case 1:25-cr-00473-JRO    Document 28-2    Filed 04/29/26    Page 3 of 13

**40**
View comments

Top ︿

Home    +99

'Despite the outcome, the experience of being in the stadium and the unwavering support of the Goodison crowd reinforced our commitment to this great club.

'The opportunity to potentially assume ownership of Everton Football Club is one of the most profound we will have, both as investors and individuals. We approach it knowing we would carry the immense responsibility of 145 years of history and as a founding member of the Football League and **Premier League**.



© BELGA MAG/AFP via Getty Images

+4
View gallery

**Prospective Everton owner Josh Wander has hit out at 'misleading' reports about 'instability'**



▶ **Liam Rosenior is SACKED by Chelsea: Blues dismiss boss after fifth defeat in a row - bringing manager's dismal spell to an end after just 106 DAYS in charge**

ADVERTISEMENT

**40**
View comments          Top ⌃          Home    +99





**KEEP UPDATED WITH DAILY MAIL SPORT USA ON TIKTOK**

+4
View gallery

© PA

**777 Partners were at Goodison Park for Everton's 2-1 defeat to Luton (pictured - 777 co-founders Steven Pasko (left centre with cap) and Wander on the right of him)**

**MORE SPORTS STARS**

▶ **Super Bowl champion makes shock retirement decision at just 28 after five brutal surgeries**



**TRENDING**

  

**'Paranoid' Tiger Woods and Vanessa Trump make major shakeup after DUI**

**Brutal truth behind Megan Rapinoe and Sue Bird's shock split**

**World's sexiest hockey player shows off shock new look**

**As a Leicester City fan, it's awful how far and fast we've fallen. But we deserve the pain because we have no plan, overpay arrogant players and are no longer t…**



21.5k viewing now      3.5k viewing now      14k viewing now

▶ **Ex-Major League Baseball prospect dead at 46 in 'tragic air conditioning accident'** Was working as an HVAC technician at the Graves Memorial Baptist Church





**Trent Bids an Emotional Farewell as Liverpool Lift the Trophy**
May 26 · It's All Kicking Off!

Save on Spotify

43:44

▶ **World's sexiest hockey player and OnlyFans model Mikayla Demaiter looks unrecognizable as she shows off shock new look**



ADVERTISEMENT

'Throughout Everton's history, the one constant has always been the people behind The People's Club. It is, with that appreciation and awareness, that I write to you directly for the first time.'

Wander carried on to say that reports about 777 were misleading. 'We recognise that change can be unsettling,' he added. 'We also acknowledge that there have been a number of misleading and concerning reports in media which have created a perception of instability and unrest around our proposed purchase. Rest assured, in this case, that the truth is far more boring than the fiction.'

The potential owners insisted there will be no quick fix at the club but that they have had productive meetings.

Wander wrote: 'After productive meetings with Kevin Thelwell, Sean Dyche and club officials in the last few weeks, we understand the current position of the club better,

4/22/26, 4:39 PM
Prospective Everton owner Josh Wander hits out at 'misleading' reports about instability and unrest of 777 Partners' takeover at …

Case 1:25-cr-00473-JRO    Document 28-2    Filed 04/29/26    Page 5 of 13

**40**
View comments    Top ⌃    Home    +99

'We need to be clear – there will be no magic wand, nor quick fixes – the path to creating a sustainable business that then translates into on pitch success is laid with hard work and difficult decisions.

'Our background is in building successful businesses; holding and investing in them for the long term. All 777 portfolio companies benefit from a shared service model where they can access best-in-class resources from the holding company.

'That's the approach we take across all our clubs at 777- with central shared resources for player recruitment, data analytics, and commercial development. The global football business and sports economy are evolving and we have a strong conviction our commercial strategies will give us a competitive advantage and enhance your experience as fans.'

On September 15, Everton announced that 777 Partners have agreed a deal to acquire Farhad Moshiri's 94.1 per cent controlling stake in the football club.



+4
View gallery

**Wander described the possibility of becoming Everton owner as a 'profound' opportunity**



**Incredible moment two Boston Marathon runners sacrifice their own race to help exhausted rival finish**



**Revealed: The real reason Peter Siddle won't be playing for Nottinghamshire this season, an ex-England star whose hopes of signing for Kent are over, Lancashire…**



**Hulk Hogan's heartbreaking secret drug battle revealed in unearthed footage from before his death**



**Stefon Diggs' defamation case against male influencer who accused him of sexual assault takes fresh twist**



**'Paranoid' Tiger Woods and Vanessa Trump make major shakeup in the wake of golf legend's DUI scandal**



**Chelsea is a rotting institution where talent goes to be buried. Liam Rosenior has been set free - but here's what I fear is coming for Cole Palmer if he stays …**



**Alex Manninger's wife says she is 'broken' in heartbreaking tribute after former Arsenal star died following 'extreme tragedy' in Austria**

Case 1:25-cr-00473-JPO    Document 28-2    Filed 04/29/26    Page 6 of 13

**40**
View comments          Top ⌃          Home    +99

▸ **Clinton stuns
reporters as he
gatecrashes Cowboys
press conference**
Before Dallas owner
Jones, 83, trips on the
way to greet him




▸ **Michael Jordan stuns
NASCAR fans again as
he grabs co-owner's
throat… months after
viral interaction with
driver's six-year-old
son**




**World Cup
corruption storm: Spot-
fixing and organised
crime at this year's T20
showpiece probed - as
$100BILLION gambling
black market explodes
into the open: L…**

ADVERTISEMENT



+4
View gallery

© PA

**777 Partners agreed a deal to acquire Farhad Moshiri's 94.1 per cent controlling stake in
Everton**

777 have a 15 per cent stake in Sevilla, while they own 100 per cent of Standard Liege
and Red Star and they also have stakes in Genoa, Hertha Berlin and Vasco da Gama.

Concerns were raised after **777 Partners were accused of missing another payment
to the British Basketball League last week.**

Mail Sport has learned that on September 29 777 transferred £130,000 of an
£800,000 payment to the BBL that was due before the end of September.

777 are understood to have paid a further £777,000 to the BBL on Monday evening,
meaning the American firm have now invested more than the £7million they agreed to
pay for a 45 per cent stake in British basketball two years ago, but the erratic nature
of the company's business practices is causing concern in the sport.

It comes after significant uncertainty has been raised over the source of 777's
funding for the £500million deal to take over Everton, while the company are also
involved in fighting several court cases in the United States.

It also emerged that Brazilian club Vasco da Gama, who are among 777's portfolio of
clubs, have missed scheduled transfer payments.

Everton avoided relegation from the Premier League at the end of last season but
they have started the current campaign in concerning form, taking just four points
from their first seven games, leading to further frustration for supporters.

EXCLUSIVE **Inside Rob
Gronkowski's crazy
WrestleMania party:
Shirtless NFL star
parties with model
girlfriend**
Dad spills all about son

EXCLUSIVE **Livvy
Dunne's sister reveals
REAL way she met
baseball star boyfriend**
And the never-before-
told secrets of their
growing family empire

**40**
View comments          Top ⌃          Home    +99

▸ Beauty queen turned
top sportswoman hits
back after being trolled
online for removing her
breast implants

*It's All Kicking Off is an exciting new podcast from Mail Sport that promises a different take on Premier League football.*

*It is available on* [MailOnline](#), [Mail+](#), [YouTube](#), [Apple Music](#) *and* [Spotify](#).

▸ Gary Neville tears into
'crazy' Chelsea: Man
United legend insists
owners 'haven't got a
clue what they're
doing' after Liam
Rosenior sacking - and
names the tw…

▸ George Pickens'
Cowboys career thrown
into chaos as team
refuse to enter long-
term contract talks with
star man




**Trent Bids an Emotic**

May 26 · It's All Kicking Off!

Save on Spotify

43:44

The truth about
Mark Goldbridge and
his empire: We reveal
how he made his
millions, the claims he
can't shake, his
harrowing life before
football, how 'toxic' r…

EXCLUSIVE  Rob
Gronkowski teases
shock career move for
Tom Brady… amid NFL
legend's feud with
WWE star Logan Paul
ahead of WrestleMania
42

▸ Tennis star who
stripped naked for
Playboy set for divorce
after husband kick-
starts bitter court battle
Citing 'irreconcilable
differences'

▸ Revealed: The secret
clause in Liam
Rosenior's contract
that means Chelsea
WON'T have to pay full
value of six-and-a-
half-year deal after
sacking

▸ NFL star Puka Nacua
'was served lawsuit by
his bite accuser in the
middle of Malibu rehab
stint'



f    𝕏    🔗    ✉

Bournemouth    Everton    Premier League

Share or comment on this article: Prospective Everton owner Josh Wander hits out at 'misleading' reports about 'instability and unrest' over 777 Partners' takeover at Goodison Park in open letter to fans

**24**
shares

MOST WATCHED SPORT VIDEOS                    Embed this ⟨/⟩

ADVERTISEMENT

  

Olympian Noah Lyles'
questionable reaction to

A shirtless Tom Brady
plays volleyball with

MJ grabs NASCAR
team co-owner as he

Fan falls from stands at
WWE's Wrestlemania



**40**
View comments

Top ⌃

Home    +99

| Sam Docherty speaks on wellbeing of Elijah | UFC star undergoes eye surgery after hit in | Charles Barkley comments on Ice Spice | New documentary shows the man behind |

## Comments (40)

Log in

Commenting on this article has ended

Newest    **Oldest**    Best rated    Worst rated

---

BD    **British defender**, sandhurst, United Kingdom, 2y ago

Another bunch of slime balls who are operating dodgy businesses and need Everton as a cash cow.

⬤⬤⬤⬤    Click to rate    ⬆ **4**    ⬇ **1**

---

E1    **Everton 1**, Liverpool O, United Kingdom, 2y ago

Cowboys

⬤⬤⬤⬤    Click to rate    ⬆ **1**    ⬇ **0**

---

K    **Kashmir**, Huddersfield , United Kingdom, 2y ago

Is that his real name?

⬤⬤⬤⬤    Click to rate    ⬆ **2**    ⬇ **1**

**Show 37 More Comments**

---

The opinions and views expressed in the comments section are solely those of the individual users and do not represent or reflect the opinions, views, or positions of Daily Mail. Daily Mail does not endorse, support, or verify the accuracy of any user-generated content.

Terms | Privacy | Feedback

**'I got out the shower and saw Freddie was in goal for Liverpool… I was blown away!': Andy Woodman on his shock at his son Freddie's Reds debut, their fairytal…**

▶ **Vonn admits she's been battling depression after her sickening Winter Olympics crash**
Opens up on 'really low moments' after incident

▶ **How Feyenoord's Raheem Sterling 'gamble' has quickly backfired: Why Chelsea flop already has 'no future' at Robin van Persie's side just weeks after signing - a…**

▶ **Tennis star who stripped naked for Playboy breaks silence on her divorce as she celebrates 'freedom' from husband**
Court battle ahead



**OLIVER HOLT: Even if Arsenal win nothing they would be insane to bow to the angry AFTV mob and sack Mikel Arteta. The Gunners boss is so near to success, why ri…**

▶ **Bryson DeChambeau 'plotted LIV Golf escape at the Masters' after his mega-money demands emerge**

**Atlanta Braves turn minor league prospect in to cops after he 'fled**

4/22/26, 4:39 PM
Prospective Everton owner Josh Wander hits out at 'misleading' reports about instability and unrest over 777 Partners' takeover at …

Case 1:25-cr-00473-JPO   Document 28-2   Filed 04/29/26   Page 9 of 13

**40**
View comments

Top ⌃        Home      +99

EXCLUSIVE  **Brutal truth behind Megan Rapinoe and Sue Bird's shock split: Insiders reveal painful moment they knew it was over**
Bombshell breakup

▶ **Jordon Hudson extends her control over Bill Belichick's empire with secret move that is set to leave his family and friends furious**

**How Man City stole a march on Arsenal in title showdown: Chairman's training ground visit, what Pep Guardiola told his players and the two stars proving crucial…**

EXCLUSIVE  **Inside Tiger Woods' 90-day rehab in Switzerland: Vanessa Trump beamed Zoom updates… phone calls home… and details of 'intense' treatment**

▶ **Paul Pogba reveals what 'probably p***ed off' Jose Mourinho as their relationship broke down… and how 'everything changed' when he returned to Man United for …**

▶ **Inside the Leicester City fire sale: Foxes set for huge summer clear-out as finance expert reveals the devastating impact relegation to League One will have on …**



**Revealed: How Liam Rosenior lost the Chelsea dressing room - players baffled by his tactics, the U-turns that made things worse and why the squad knew it wouldn…**

**He's an iconic former Liverpool star who won the lot in a stellar career at Anfield before going on to make his name Stateside… so why is this Kop legend putt…**

ADVERTISEMENT

Case 1:25-cv-00473-JRO    Document 28-2    Filed 04/29/26    Page 10 of 13

**40**
View comments          Top ⌃          Home     +99



▶ **Next Chelsea manager odds: Former Stamford Bridge star the early favourite to return for the start of the 2026-27 season after Liam Rosenior's sacking**



▶ **Illegal streaming boss jailed and fined £7.5m in Spain - as LaLiga boss lauds action to take down criminal network pirating top-flight football**

▶ **Liam Rosenior sacked RECAP: Chelsea boss AXED after Brighton defeat - Callum McFarlane named interim coach until the end of the season**

**SIR CLIVE WOODWARD: The dull, jeopardy-free PREM has played with fire by scrapping relegation. Here's the proof that it's already hurting our clubs - and what t…**

▶ **WNBA star Paige Bueckers breaks her silence after Dallas drafted her girlfriend to become new teammate**

**Grandson of legendary Duke coach Mike**

**40**
View comments

Top ⌃

Home

+99

cyclist



**'Anyone she deals with, she has to beat… people would call in sick to avoid her': This is the real Karren Brady - insiders and rivals tell MIKE KEEGAN everyth…**

EXCLUSIVE **NHL legend who died on the ice reveals astonishing new details of his resurrection**
And has urgent warning after Little League deaths

**Coventry City are back in the Premier League - this is how they plan to stay there: New deal for Frank Lampard on cards, their transfer plans with Hayden Hackne…**

▸ **World Series winner and MLB great Garret Anderson's cause of death revealed after his sudden passing at 53**

ADVERTISEMENT

4/22/26, 4:39 PM
Prospective Everton owner Josh Wander hits out at 'misleading' reports about 'instability and unrest' over 777 Partners' takeover at …

Case 1:25-cv-00473-JRO    Document 28-2    Filed 04/29/26    Page 12 of 13

**40**
View comments

Top ⌃        Home        +99

**Caitlin Clark's WNBA bestie Lexie Hull reveals how close they came to splitting this summer… and what star is REALLY like behind closed doors**

Follow
Daily Mail Sport

Subscribe
Daily Mail

Follow
@mailsport

Follow
Daily Mail

Follow
@MailSport

**Follow**
Daily Mail

---

### Get the Football RSS feed

RSS                    My Yahoo!

Feedly

**More RSS feeds…**

---

**Today's headlines**    **Most Read**

 **Burnley vs Manchester City - Premier League LIVE: Latest score and updates as Erling Haaland opens the…**

 Liam Rosenior is SACKED by Chelsea: Blues dismiss boss after fifth defeat in a row - bringing manager's...

 **Gary Neville tears into 'crazy' Chelsea: Man United legend insists owners 'haven't got a clue what they're…**

 Confusing tactical instructions, discontent over Enzo Fernandez's ban and a barrage of calamities: The truth...

 **'Anyone she deals with, she has to beat… people would call in sick to avoid her': This is the real Karren…**

 Revealed: The secret clause in Liam Rosenior's contract that means Chelsea WON'T have to pay full value of...

 **Alex Manninger's wife says she is 'broken' in heartbreaking tribute after former Arsenal star died following…**

 Man United Confidential: REVEALED - major development in Michael Carrick's position, update on two Real...

 **Lewis Moody to take on cycling challenge to PREM Rugby final to support motor neurone disease fundraising…**

 Illegal streaming boss jailed and fined £7.5m in Spain - as LaLiga boss lauds action to take down criminal...

 **Revealed: How Liam Rosenior lost the Chelsea dressing room - players baffled by his tactics, the U-turns…**

 How Feyenoord's Raheem Sterling 'gamble' has quickly backfired: Why Chelsea flop already has 'no future' at...

 **As a Leicester City fan, it's awful how far and fast we've fallen. But we deserve the pain because we have…**

 Sir Chris Hoy reveals his leg was at risk of AMPUTATION after horror bike crash

 **Estevao World Cup hopes in doubt: Scans reveal extent of serious hamstring**

Case 1:25-cv-00473-JPO    Document 28-2    Filed 04/29/26    Page 12 of 13

**40**
View comments

Top ︿    Home    +99

moving to Stamford Bridge full-time - here's what...

**It's 50 days until the World Cup - our expert talent-spotter has picked out the 50 new stars you HAVEN'T…**

Premier League-winning captain believes that Man United should attempt to sign 'leader' Ethan Ampadu in the...

**Anthony Gordon could miss Newcastle's match at Arsenal as injury forces him out of training - with winger…**

Revealed: Eye-watering cost of attending Ryder Cup in Ireland... more than DOUBLE the cost of Rome three...

▸ **MORE HEADLINES**

---

# Daily Mail

Follow us on:            ⓧ  in    Back to top ︿

| Company | Channels | Terms of Use | Get in Touch | More |
|---|---|---|---|---|
| DMG Media | Home | Website Terms | Contact us | Sitemap |
| Leadership Team | Showbiz | Privacy Policy | How to complain | RSS |
| This is Money | TV | Subscription Terms & Conditions | Work with us | Archive |
| Metro | News | Do not sell or share my personal information | Advertise with us | Authors |
| Newzit | Lifestyle | Contributors | Daily Mail Subscriptions Help & FAQs | Topics I |
| Mail Travel | Sports | Additional Cookie Information | | Text-Based Sit |
| About Daily Mail | Health | | | |
| | Science | | | |
| | Royals | | | |
| | Money | | | |
| | Real Estate | | | |
| | Media | | | |
| | U.K. | | | |
| | Video | | | |
| | Buyline | | | |
| | DailyMail+ | | | |

© 2026 Associated Newspapers Limited