# EXHIBIT D

# 777 Partners Still Reportedly Scrounging For Cash To Buy Everton FC

[Mike Ozanian](#) Forbes Staff

*Traffic cop at the intersection of money and sports*

Follow

[0](#)

Nov 26, 2023,

12:57pm EST



Everton FC v Aston Villa - Premier League

Conor Coady #30 of Everton F.C in action during the Premier League match between Everton and Aston Villa at Goodison Park, Liverpool on Saturday 25th February 2023. (Photo by Mike Morese/MI News/NurPhoto via Getty Images)NURPHOTO VIA GETTY IMAGES

Despite an announcement almost two months ago that 777 Parters had reached an agreement to buy Everton FC, the U.S. investment firm is still trying to raise the money to close the deal.

According to a September article by Reuters, "Everton have been sold to 777 Partners, the struggling Premier League club said on Friday, with the U.S. private equity firm taking over from Farhad Moshiri in a deal reports said was worth more than 550 million pounds ($685 million). The Miami-based

investment fund said it had signed an agreement with British-Iranian billionaire Moshiri to acquire his 94.1% stake in the club. The deal is expected to be closed by the end of the year, a club statement said. "

In May, *Forbes* valued Everton at $744 million, the 25th-most in the world among soccer teams.

Shortly after the sale agreement was announced, it was reported that Premier League team owners were concerned over the source of 777 Partner's funding for the acquisition. Sources told me at the time that they heard the money was coming from Colombia drug money.

The U.S. investment firm appears to still be scrounging for cash to buy the English soccer team.

Goodison News reported today that "Prospective Everton owners 777 Partners have been snubbed in their attempts to bring wealthy pair Andy Bell and George Downing into their project, according to Alan Nixon. The newspaper journalist shared via his Patreon on Sunday morning (26 November) that the pair have around £80 million ($101 million) in loans due to them as part of the project to build the Bramley-Moore Dock Stadium."

The outlook for Everton became more daunting a week ago when the team was docked 10 points, the heaviest punishment ever handed to a Premier League team, for breaching financial rules. Under Premier League rules, clubs are allowed to lose a maximum of £105 million ($132 million) over three years. The commission found Everton overreached its allowed losses by £19.5 million ($25 million). Everton is appealing the decision.

After narrowly avoiding relegation to the Championship last season, Everton was—prior to that points loss—14th in the Premier League, eight points

above the bottom three teams. It has also been reported that Everton could face a £300 million ($378 million) legal challenge from rival clubs if it avoids relegation from the Premier League this season.

The *Associated Press* is reporting that Everton fans marched in the thousands to Goodison Park ahead of today's match against Manchester United.

Everton's supporters might have further reason to protest if 777 Partners cannot close the deal.

*Send me a secure tip.*

 Mike Ozanian

Follow

My mentors were James Walker Michaels, Geoffrey N. Smith and William Baldwin. I started out in the statistics department of Forbes in the mid-'80s then transitioned to writing. I mainly wrote about high-priced stocks that I believed were doomed. Example: my story on CUC International pointed out how the company's aggressive accounting was masking a cash-flow problem. CUC's stock subsequently crashed and the CEO was convicted of fraud. My CUC story is the focus of a chapter in the 2004 book: Forbes Greatest Investing Stories (John Wiley & Sons) by Richard Phalon. I even wrote an Earnings Quality newsletter for Forbes for a brief period (I think it peaked at about 150 subscribers). These days I like to take lots and lots of numbers and turn them into proprietary concepts and multi-platform content. Three of my longstanding publishing creations: the valuations of sports teams, ranking actors and movie studios on bang for the buck (ROI) and the Forbes Fab 40 (the most valuable sports brands). My most recent non-sports idea was Names You Need To Know, which broadened my concept of list creation to include direct input from our audience. My latest creation was the "SportsMoney Index," which ranks the most valuable athletes, brands, teams and sports agencies based on a combination of their individual values, and value of the top athletes, brands, teams and agencies they do business with. I also have a passion for economics (my MBA thesis at Long Island University was an empirical study on the