# EXHIBIT E



# Everton takeover: 777 Partners still 'trying to raise money' to complete deal

Alternative investment firm agreed to buy Premier League club in September.

28 NOVEMBER 2023    ED DIXON

NEWS



Getty Images

SHARE THIS ARTICLE

- 777 looking to add latest team to soccer portfolio
- Deal awaiting approval from Premier League, FA and FCA



777 Partners is still attempting to raise money to complete its takeover of English top-flight soccer club Everton, according to Forbes.

The American alternative investment firm signed a deal in September to acquire Toffees owner Farhad Moshiri's

lling stake in the Premier League outfit. The deal, reportedly worth more than UK£550 m

), had been expected to close in the fourth quarter of 2023 and still requires regulatory approval, including

Hey, want to learn more about the strategies shaping the future of sports finance?

Join industry leaders in London on 21st July, 2026.

EXPLORE WHAT'S IN STORE

GET DISCOUNT

4/23/26, 9:31 PM
Everton takeover: 777 Partners still trying to raise money to complete deal | SportsPro
Case 1:25-cr-00473-JPC   Document 28-6   Filed 04/29/26   Page 3 of 5

However, more than two months on, the deal has hit several roadblocks. Other Premier League clubs were **believed to be concerned** over the source of 777's funding for the acquisition. **Forbes** has also reported that one team owner heard the firm's funds were coming from 'Colombia drug money'.

Now, 777 is said to be scrounging for cash to wrap up its purchase of Everton, **having been unsuccessful** in trying to bring wealthy businessmen Andy Bell and George Downing into the investment. The pair reportedly have around UK£80 million (US$101 million) in loans due to them as part of the project to build the club's new stadium at Bramley-Moore Dock.

---

## RELATED POSTS


[Everton docked ten points for breaching Premier League financial rules](#)


[Report: Everton close to agreeing Castore kit deal amid quality complaints](#)

---

## SportsPro says...

777 is one of soccer's biggest multi-club owners, with stakes in **Sevilla**, Genoa, **Hertha Berlin**, Red Star FC, Standard Liege and Vasco da Gama. However, its protracted takeover attempt of **Everton** has thrown up various doubts over the firm's suitability as an owner.

An article published by **Josimar Football** in July questioned 777's inability to call on wealthy partners to ensure sustained investment in its clubs. The article also described the group's model as 'unique' but questioned the chances of return on investment (ROI), adding that US court papers have accused the firm's companies of fraud, kidnapping, extortion, predatory lending and racketeering.

Having flirted with relegation in the last two seasons, Everton looked to have turned a corner in 2023/24 by putting distance between themselves and the drop. That changed when the club was recently **deducted ten points** after being found to have breached **Premier League** rules, incensing fans who felt the punishment was excessive.

Everton may still be able to climb out of the bottom three but, with the **independent English soccer regulator** looming, the pressure is on the Premier League to act decisively over the club's ownership. Toffees supporters' animosity towards the top flight's leadership will only increase if the deal is blocked.



*Get your daily briefing of all the essential news across the sports industry with the SportsPro Daily Newsletter.* [Subscribe here](#).

**NEWS**   [ACQUISITIONS](#), [EUROPE](#), [FINANCE & INVESTMENT](#), [FOOTBALL](#), [SOCCER](#)

---

SHARE THIS ARTICLE

GET DISCOUNT

Case 1:25-cr-00473-JPO    Document 28-6    Filed 04/29/26    Page 4 of 5

## Stay up to date with the latest sports business news and insights

SIGN UP

### Events

SportsPro New York

SportsPro AI USA

SportsPro London

SportsPro AI UK

SportsPro Media Awards

...dia Summit

...torsport Forum

### News

Insights

Podcasts

Reports

Impact X

Most Marketable Athletes

Laureus Sport For Good Index

Sustainability Hackathon

### About Us

Careers

Membership

Newsletters

Contact Us

## FOLLOW US

GET DISCOUNT

4/23/26, 9:31 PM
Case 1:25-cr-00473-JPO    Document 28-6    Filed 04/29/26    Page 5 of 5
Everton takeover: 777 Partners still trying to raise money to complete deal - SportsPro

© SportsPro 2026

Cookies     Terms & Conditions     Privacy     Contact Us     About

Created by PT SportSuite

## Related content



NWSL awards 18th franchise to Columbus for 'record…

22 APRIL 2026



Ranking every Premier League club's 2024/25 financ…

20 APRIL 2026

'Multiple' parties express interest in acquiring…

20 APRIL 2026

GET DISCOUNT