# EXHIBIT G

**Everton takeover deal with 777 Partners collapses**

2y  - Mark Ogden

**Should Man United stick with Carrick, or go all out for PSG's Luis Enrique?**

5h  - Mark Ogden

**Source: Barça contact Atleti about Álvarez move**

3h  - Sam Marsden and Moises Llorens

**Sources: Madrid's Mbappé a doubt for Clásico**

2h  - ESPN news services

**Pulisic goalless streak hits 16, tying career worst**

16h  - ESPN News Services

**Spurs' Simons ruled out for season, to miss WC**

9h  - PA

# Everton seek new buyer after deal with 777 Partners collapses



**Mark Ogden**
Jun 1, 2024, 04:09 AM ET

 Share       Like

❤️ 😂 👀  467

Terms of Use    Privacy Policy    Your US State Privacy Rights    Children's Online Privacy Policy    Interest-Based Ads
About Nielsen Measurement    Your Privacy Choices    Contact Us    Disney Ad Sales Site    Work for ESPN    Corrections
GAMBLING PROBLEM? CALL 1-800-GAMBLER, (800) 327-5050 or visit gamblinghelplinema.org (MA). Call 877-8-HOPENY/text
HOPENY (467369) (NY). Please Gamble Responsibly. 888-789-7777/visit ccpg.org (CT), or visit www.mdgamblinghelp.org (MD). 21+ and
present in most states. (18+ DC/KY/NH/WY). Void in ONT/OR/NH. Eligibility restrictions apply. On behalf of Boot Hill Casino & Resort (KS).
Terms: sportsbook.draftkings.com/promos.
Copyright: © 2026 ESPN Enterprises, LLC. All rights reserved.

**- Stream on ESPN+: LaLiga, Bundesliga, more (U.S.)**

But after lengthy negotiations with the club and Premier League in an attempt to prove it has the funds to complete the share purchase from Moshiri's Blue Heaven Holdings Ltd., 777 has now missed the deadline to finalise the deal.

The failure of 777's bid means Everton will seek a new buyer or financial partner as quickly as possible.

"Everton Football Club would like to provide the following update to all stakeholders, and particularly its supporters," the club said in a statement on Saturday.



Everton's takeover deal with 777 Partners has collapsed. Tim Markland/MI News/NurPhoto via Getty Images

"The agreement between 777 Partners and Blue Heaven Holdings Limited for the sale and purchase of the majority shareholding in the Club expired today.

"The Club's Board of Directors recognises the considerable level of financial support 777 Partners has provided the Club over recent months and would like to take this opportunity

4/27/26, 10:48 AM
Case 1:25-cr-00473-JPO
Everton seek new buyer after deal with 777 Partners collapses - ESPN
Document 28-8
Filed 04/29/26
Page 4 of 4

Terms of Use      Privacy Policy      Your US State Privacy Rights      Children's Online Privacy Policy      Interest-Based Ads

About Nielsen Measurement      Your Privacy Choices      Contact Us      Disney Ad Sales Site      Work for ESPN      Corrections

GAMBLING PROBLEM? CALL 1-800-GAMBLER, (800) 327-5050 or visit gamblinghelplinema.org (MA). Call 877-8-HOPENY/text HOPENY (467369) (NY). Please Gamble Responsibly. 888-789-7777/visit ccpg.org (CT), or visit www.mdgamblinghelp.org (MD). 21+ and present in most states. (18+ DC/KY/NH/WY). Void in ONT/OR/NH. Eligibility restrictions apply. On behalf of Boot Hill Casino & Resort (KS). Terms: sportsbook.draftkings.com/promos.

Copyright: © 2026 ESPN Enterprises, LLC. All rights reserved.

patience over recent months and reiterate its commitment to providing further updates when it is appropriate to do so through the Club's official communication channels."

Everton avoided relegation to the EFL Championship this season, despite two separate points deductions by the Premier League for breaching profit and sustainability rules.

**You May Like**                                                                                                Sponsored

**Order more treats with a $300 cash bonus**
USAA Bank                                                                                    Apply now

**Mick Mulvaney: Stop calling it a 'prediction market.' It's sports betting**
Fortune                                                                                        Learn More

**The 20 Most Educated Actors And The Degrees They Hold**
Outdoor Revival

**20 Movies That Are So Good, They're Considered Perfect**
Outdoor Revival

**Traci Lords, 57, Flaunts Her Figure In New Photos**
33 Bridges

**Musicians Backstage in the 1970s: The Photos**
Esquire

# PSG's Luis Enrique only coach to tick every box for Man United