# EXHIBIT 1

| | |
|---|---|
| **From:** | Mortazavi, Sarah (USANYS) |
| **To:** | Estes, Jordan; Colson, Marguerite (USANYS); Rothman, Alexandra (USANYS) |
| **Cc:** | Raymond, Sam; Martinez, Michael |
| **Subject:** | RE: Wander Filing |
| **Date:** | Thursday, April 30, 2026 4:06:17 PM |
| **Attachments:** | 2026.04.29 Opposition to Request for Hearing.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Hello Jordan:

The redacted portions of our motion have been submitted to Judge Oetken *ex parte*. Attached is a version of our motion that unredacts Footnote 1 in which we make the application. Let us know if you'd like to discuss.

Thanks,
Sarah

**From:** Estes, Jordan <JEstes@gibsondunn.com>
**Sent:** Thursday, April 30, 2026 11:46 AM
**To:** Colson, Marguerite (USANYS) <Marguerite.Colson@usdoj.gov>; Mortazavi, Sarah (USANYS) <Sarah.Mortazavi@usdoj.gov>; Rothman, Alexandra (USANYS) <Alexandra.Rothman@usdoj.gov>
**Cc:** Raymond, Sam <SRaymond@gibsondunn.com>; Martinez, Michael <MMartinez2@gibsondunn.com>
**Subject:** [EXTERNAL] Wander Filing

Marguerite, Sarah, Alexie:  Could you send us the unredacted version of the brief and declarations?  We haven't seen any motion to seal or reference to sealing in the brief. Thank you.

**Jordan Estes**
Partner

T: +1 212.351.3906
JEstes@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to

advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.