# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

May 11, 2026

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Wander*, 25 Cr. 473 (JPO)

Dear Judge Oetken,

We write on behalf of defendant Joshua Wander to respectfully request that he be permitted to travel to the Middle District of Florida from May 15 through May 17, 2026.  The purpose of the travel is for Mr. Wander to celebrate his daughter's birthday at Disney World.

We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request. Pretrial Services does not object, and the U.S. Attorney's Office defers to Pretrial.

We respectfully request that the Court endorse this letter to permit Mr. Wander to travel as proposed.

Respectfully submitted,

Jordan Estes
Partner