AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25 Cr. 473 |
| Joshua Wander | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua Wander                                                                      .

Date:      05/15/2026                                       /s/ Dani R. James
                                                                *Attorney's signature*

                                                        Dani R. James - 2747129
                                                        *Printed name and bar number*

                                                        200 Park Avenue New York, NY 10166
                                                        Floor 48

                                                                *Address*

                                                        DJames@gibsondunn.com
                                                            *E-mail address*

                                                        (212) 351-3880
                                                        *Telephone number*

                                                        (212) 817-9200
                                                            *FAX number*