# Exhibit B

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**BY EMAIL AND FEDEX**
Jordan Estes, Esq.
Sam Raymond, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

**Re: United States v. Joshua Wander, 25 Cr. 473 (JPO)**

Dear Counsel:

This letter provides discovery pursuant to Federal Rule of Criminal Procedure 16(a) and seeks reciprocal discovery. The materials in this production, as well as this letter, are produced subject to the protective order entered by the Court on November 24, 2025, Dkt. 14.

**Disclosure by the Government**

Based on your request for discovery in this case, and pursuant to the Government's obligations under Rule 16(a), enclosed are copies of the following materials:

This production also contains a reproduction of the materials included in the Government's first production on November 5, 2025, which are stamped with control numbers SDNY_01_0001886 through SDNY_01_0001887.

The password to access the production will be provided via email.

| Bates Range | Entity |
| --- | --- |
| USAO_REL_01_00000001–USAO_REL_01_01409811<br><br>USAO_REL_01_01977033–USAO_REL_01_02070793<br><br>USAO_REL_01_03040915–USAO_REL_01_03040915<br><br>USAO_REL_01_03061665–USAO_REL_01_03296945<br><br>USAO_REL_01_03296965–USAO_REL_01_04623398 | 777 Partners |

| Bates Range | Entity |
|---|---|
| USAO_REL_01_02070794–<br>USAO_REL_01_02440577 | Advantage Capital Management |
| USAO_REL_01_02440578–<br>USAO_REL_01_02440758<br><br>USAO_REL_01_02534492–<br>USAO_REL_01_02540347 | Damien Alfalla |
| USAO_REL_01_02440759–<br>USAO_REL_01_02440813 | A.M. Best |
| USAO_REL_01_02440814–<br>USAO_REL_01_02443516 | American Express |
| USAO_REL_01_02443517–<br>USAO_REL_01_02445690 | Apex Clearing |
| USAO_REL_01_02445691–<br>USAO_REL_01_02479085 | AT&T |
| USAO_REL_01_02479086–<br>USAO_REL_01_02479153 | Avenu |
| USAO_REL_01_02479154–<br>USAO_REL_01_02479290<br><br>USAO_REL_01_02479947–<br>USAO_REL_01_02483257 | Bank of America |
| USAO_REL_01_02479291–<br>USAO_REL_01_02479384 | BMO Harris Bank |
| USAO_REL_01_02479385–<br>USAO_REL_01_02479946 | Bank of New York Mellon |
| USAO_REL_01_02483258–<br>USAO_REL_01_02485091 | Boeing Company |
| USAO_REL_01_02485092–<br>USAO_REL_01_02486228 | BOK Financial Securities Inc. |
| USAO_REL_01_02486229–<br>USAO_REL_01_02486265 | Century Trust |
| USAO_REL_01_02486266–<br>USAO_REL_01_02496332 | Change Lending |
| USAO_REL_01_02496333–<br>USAO_REL_01_02496975 | Citibank |
| USAO_REL_01_02496976–<br>USAO_REL_01_02508023 | City National Bank |

| Bates Range | Entity |
|---|---|
| USAO_REL_01_02508024–<br>USAO_REL_01_02526208 | Castlelake |
| USAO_REL_01_02526209–<br>USAO_REL_01_02528571 | Credigy |
| USAO_REL_01_02528572–<br>USAO_REL_01_02534491 | Charles Schwab |
| USAO_REL_01_02540348–<br>USAO_REL_01_02541397<br><br>USAO_REL_01_02594511–<br>USAO_REL_01_02594511 | Equitrust Life Insurance Company |
| USAO_REL_01_02541398–<br>USAO_REL_01_02541884 | EastWest Bank |
| USAO_REL_01_02541885–<br>USAO_REL_01_02594510 | Egan Jones Rating Company |
| USAO_REL_01_02594512–<br>USAO_REL_01_02612973<br><br>USAO_REL_01_02615867–<br>USAO_REL_01_02740072 | FDIC |
| USAO_REL_01_02612974–<br>USAO_REL_01_02613453 | First Citizens Bank |
| USAO_REL_01_02613454–<br>USAO_REL_01_02615866 | First Trust |
| USAO_REL_01_02740073–<br>USAO_REL_01_02798951 | Stephen Griffin |
| USAO_REL_01_02798952–<br>USAO_REL_01_02827640 | Goldman Sachs |
| USAO_REL_01_02827641–<br>USAO_REL_01_02844909 | Grant Thornton |
| USAO_REL_01_02844910–<br>USAO_REL_01_02847153 | David Hough |
| USAO_REL_01_02847154–<br>USAO_REL_01_02848146 | Hudson Cove |
| USAO_REL_01_02848147–<br>USAO_REL_01_02854593 | ING Capital LLC |
| USAO_REL_01_02854594–<br>USAO_REL_01_02862655 | Interactive Brokers |
| USAO_REL_01_02862656–<br>USAO_REL_01_02863658 | JG Wentworth |

| Bates Range | Entity |
|---|---|
| USAO_REL_01_02863659–<br>USAO_REL_01_02947744 | JPMorgan Chase |
| USAO_REL_01_02947745–<br>USAO_REL_01_02952744 | KeyBank |
| USAO_REL_01_02947745–<br>USAO_REL_01_02957368 | Lead Bank |
| USAO_REL_01_02957369–<br>USAO_REL_01_02973288 | Leadenhall |
| USAO_REL_01_02973289–<br>USAO_REL_01_02975113 | Merrill Lynch |
| USAO_REL_01_02975114–<br>USAO_REL_01_02975114 | Metropolitan Commercial Bank |
| USAO_REL_01_02975115–<br>USAO_REL_01_03040815 | M&T Bank |
| USAO_REL_01_03040816–<br>USAO_REL_01_03040905 | Sampson Ngo |
| USAO_REL_01_03040906–<br>USAO_REL_01_03040914 | Northwest Mutual |
| USAO_REL_01_03040916–<br>USAO_REL_01_03061287 | Obra Capital |
| USAO_REL_01_03061288–<br>USAO_REL_01_03061655 | Melissa O’Shea |
| USAO_REL_01_04623399–<br>USAO_REL_01_04625025 | Principal Bank |
| USAO_REL_01_04651475–<br>USAO_REL_01_04651981 | Regions Bank |
| USAO_REL_01_04651982–<br>USAO_REL_01_04658170 | James Rothman |
| USAO_REL_01_04658171–<br>USAO_REL_01_04658186<br><br>USAO_REL_01_04658273–<br>USAO_REL_01_04670924<br><br>USAO_REL_01_04625026–<br>USAO_REL_01_04651474 | SEC |
| USAO_REL_01_04658187–<br>USAO_REL_01_04658272 | Seacoast Bank |

| Bates Range | Entity |
|---|---|
| USAO_REL_01_04670925–<br>USAO_REL_01_04670938 | James Shi |
| USAO_REL_01_04670939–<br>USAO_REL_01_04670938 | State Street |
| USAO_REL_01_04670970–<br>USAO_REL_01_04671169 | Synovus |
| USAO_REL_01_04671170–<br>USAO_REL_01_04671691 | Trinity Life Insurance |
| USAO_REL_01_04671692–<br>USAO_REL_01_04802979 | Truist |
| USAO_REL_01_04802980–<br>USAO_REL_01_04809868 | US Bank |
| USAO_REL_01_04809869–<br>USAO_REL_01_04811291 | Utah Insurance Department |
| USAO_REL_01_04811292–<br>USAO_REL_01_04813862 | Varadero Capital |
| USAO_REL_01_04813863–<br>USAO_REL_01_04815012 | Webster Bank |
| USAO_REL_01_04815013–<br>USAO_REL_01_05082229 | Wells Fargo |
| SDNY_01_0001886 | Cellebrite Extraction and Report for Joshua Wander Cellphone |
| SDNY_01_0001887 | Cellebrite Extraction and Report for Steven Pasko Cellphone |

Very truly yours,

JAY CLAYTON
United States Attorney

by: Alexandra Rothman ____________________
Marguerite B. Colson
Sarah Mortazavi
Alexandra Rothman
Assistant United States Attorney
26 Federal Plaza, 38th Floor
New York, New York 10278
Telephone: 212-637-2580