< **JW** **Joshua Wand...**
⏱ 1w

📹  ☎

☎ Unanswered voice call · 08:35

☎ Inco **Fri, Apr 24** · 08:51

☎ **Missed voice call · 16:23**

Call Back

Tue, Apr 28

☎ **Missed voice call · 16:12**

Call Back

Tue, May 5

☎ **Missed voice call · 14:47**

Call Back

Thu, May 14

📹 **Missed video call · 10:05**

☎ Incoming voice call · 12:49

☎ Incoming voice call · 13:01

Call Back

Fri, May 15

☎ Incoming voice call · 16:19

Call Back

+  Message    🏷 📷 🎤

JW   **Joshua Wand...**
⏱ 1w



Fri, May 15

16:21 ⏱

Tue, May 19

☎ You declined a voice call · 15:30

Call Back

Call me   15:35 ⏱

Quick question   15:35 ⏱

☎ Missed voice call · 20:50

Call Back

Wed, May 20

☎ Missed voice call · 11:41

Call Back