# Exhibit A

Part 5 of 5


13:42
LTE 26
JW
Joshua Wand...
1w
Call Again
Fri, Mar 13
Thu, Mar 26
Incoming voice call · 11:22
Call Back
Mon, Apr 6
Missed voice call · 17:28
Call Back
Thu, Apr 16
Missed video call · 10:27
Call Back
Mon, Apr 20
You declined a video call · 09:43
Outgoing video call · 09:54
Call Again
Wed, Apr 22
Missed call while using Focus · 07:09
Call Back
Message


13:42
LTE
JW
Joshua Wand...
1w
Outgoing video call · 09:54
Mon, Apr 20
Wed, Apr 22
Missed call while using Focus · 07:09
Call Back
Fri, Apr 24
Unanswered voice call · 08:35
Incoming voice call · 08:51
Missed voice call · 16:23
Call Back
Tue, Apr 28
Missed voice call · 16:12
Call Back
Tue, May 5
Missed voice call · 14:47
Call Back
Thu, May 14
Message
Incoming voice call · 13:01


12:59
5G 31
JW
Joshua Wand...
1w
Unanswered voice call · 08:35
Fri, Apr 24
Incoı · 08:51
Missed voice call · 16:23
Call Back
Tue, Apr 28
Missed voice call · 16:12
Call Back
Tue, May 5
Missed voice call · 14:47
Call Back
Thu, May 14
Missed video call · 10:05
Incoming voice call · 12:49
Incoming voice call · 13:01
Call Back
Fri, May 15
Incoming voice call · 16:19
Call Back
Message


13:42
LTE 26
JW
Joshua Wand...
1w
Call Back
Tue, Apr 28
Tue, May 5
Missed voice call · 14:47
Call Back
Thu, May 14
Missed video call · 10:05
Incoming voice call · 12:49
Incoming voice call · 13:01
Call Back
Fri, May 15
Incoming voice call · 16:19
Call Back
Tue, May 19
You declined a voice call · 15:30
Missed voice call · 20:50
Call Back
Wed, May 20
Message


12:59
5G 31
JW
Joshua Wand...
1w
Fri, May 15
16:21
Tue, May 19
You declined a voice call · 15:30
Call Back
Call me 15:35
Quick question 15:35
Missed voice call · 20:50
Call Back
Wed, May 20
Missed voice call · 11:41
Call Back


13:42
LTE 26
JW
Joshua Wand...
1w
Thu, May 14
Fri, May 15
Incoming voice call · 16:19
Call Back
Tue, May 19
You declined a voice call · 15:30
Missed voice call · 20:50
Call Back
Wed, May 20
Missed voice call · 11:41
Call Back
Tue, May 26
Missed voice call · 09:52
Call Back
Fri, May 29
Missed voice call · 14:06
Call Back
Message