UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   -v.-<br><br>JOSHUA WANDER,<br><br>       Defendant. | No. 25 Cr. 473 (JPO) |

STATE OF NEW YORK     )
                                         ) ss.
COUNTY OF NEW YORK   )

Alexandra N. Rothman, pursuant to 28 U.S.C. §1746, hereby affirms the truth of the following under penalties of perjury:

1.     I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York.

2.     Exhibit A is the Amended Complaint in *Leadenhall Capital Partners LLP v. Wander et al*, 24 Cr. 3453 (JGK) (S.D.N.Y), dated September 6, 2024.

3.     Exhibit B is the Amended Complaint in *ING Capital LLC v. 777 Partners LLC et al*, 2025-1552-CA-01 (Fla. 11th Cir. Ct.), dated May 9, 2025.

4.     Exhibit C is a letter from the Government to the defense, dated February 4, 2026.

5.     Exhibit D is a letter from AUSA Jordan Estes et al. to Marc Mukasey, Esq., et al., dated October 21, 2021, in *United States v. Milton*, 21 Cr. 478 (ER).

6.    Exhibit E is a letter from AUSA Jordan Estes et al. to Marc Mukasey, Esq., dated January 25, 2022, in *United States v. Milton*, 21 Cr. 478 (ER).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2026

_____
Alexandra N. Rothman
Assistant United States Attorney