

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2021

**BY EMAIL**

Marc L. Mukasey, Esq.
Robert S. Frenchman, Esq.
Mukasey Frenchman LLP
570 Lexington Avenue, Suite 3500
New York, New York 10017

      Re:    *United States v. Trevor Milton*, **21 Cr. 478 (ER)**

Dear Mr. Mukasey and Mr. Frenchman:

We write in response to your letter dated October 1, 2021, seeking information regarding procedures used in the execution of certain search warrants.[1] With respect to many of your questions, and particularly your request for information regarding the filter's teams processes and procedures, there is no legal basis for disclosure of such information. *United States v. Weigand*, 482 F. Supp. 3d 224, 246 (S.D.N.Y. 2020) ("Under these circumstances, a 'taint protocol' is not 'material to preparing the defense' and so does not fall within the scope of Rule 16(a)(1)(E)."). Nonetheless, as a courtesy and to assist your preparation and analysis, the Government provides below certain information related to the filter team's privilege review of the returns of the search warrants referenced in your letter.

After receiving data in response to the search warrants, the filter team applied search terms—including terms for email address and domain information and phone numbers, as appropriate—derived from a list of attorneys and law firms representing your client provided by Nikola Corporation supplemented with header information from your client's personal gmail account obtained from Google pursuant to a 2703(d) order. That list is attached as Exhibit A. Please let us know if you have concerns about particular attorneys or law firms in response to this list.[2]

---

[1]     Although your letter is addressed to Assistant United States Attorney Lisa Korologos in her role with respect to the filter review conducted in this case, your letter neither discusses nor makes specific reference to any potentially privileged communication or record, and instead makes only general discovery requests. The prosecution team will respond to requests for discovery that do not discuss or concern the substance of potentially privileged communications or other records.

[2]     We note that the filter team also segregated and did not further review or release to the prosecution team for review potentially privileged records identified by search terms designed to screen for Nikola Corporation's privilege based on information provided by Nikola Corporation.

The filter team then segregated all records that hit on those search terms so that the prosecution team could not access them. Neither the filter team nor the prosecution team reviewed any documents hitting on these search terms, nor has the prosecution team identified to date any potentially privileged materials to which it has access.

With respect to your various questions regarding "*Brady* materials," the materials segregated pursuant to the procedures described above have never been available to the prosecution team and are therefore neither in the Government's possession nor subject to disclosure under *Brady*. *United States v. Parnas*, No. 19 Cr. 725 (JPO), 2021 WL 2981567, at *9 (S.D.N.Y. July 14, 2021). In any case, the Government has already produced all of these materials to you. Accordingly, even if the Government had some obligation to review and produce any of these records under *Brady* (which it does not), such an obligation would already have been satisfied. *Id.* at *6 ("'[i]n the Brady context, the Government is under no duty to direct a defendant to exculpatory evidence within a larger mass of disclosed evidence . . . .'" (quoting *United States v. Healey*, 860 F. Supp. 2d 262, 269 (S.D.N.Y. 2012))).

The Government remains available to confer further on any of the topics discussed above.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney


By: s/ _____
    Jordan Estes
    Matthew Podolsky
    Nicolas Roos
    Assistant United States Attorneys
    (212) 637-2543/1947/2421

cc: Bradley J. Bondi, Esq.
    Terence Healy, Esq.

---

Additionally, for prudential reasons only, after applying terms to screen for potential attorney-client privilege, the filter team applied search terms relating to your client's spouse to screen for spousal privilege. No materials hitting on such a search term were reviewed by either the filter or prosecution team.

**Exhibit A**

| Last Name | First Name | Middle | Company | Email Name | Email Domain | Phone Number 1 | Phone Number 2 |
|---|---|---|---|---|---|---|---|
| Bornstein | Patrick | | Advocate Consulting Legal Group, PLLC | patrickb | advocatetax.com | 888.325.1942 | |
| Bondi | Bradley | J. | Cahill Gordon & Reindel LLP | bbondi | cahill.com | 202.862.8910 | 703.731.8864 |
| Bosson | Brock | | Cahill Gordon & Reindel LLP | bbosson | cahill.com | 212.701.3136 | 865.712.2399 |
| Gelman | Mark | | Cahill Gordon & Reindel LLP | mgelman | cahill.com | 212.701.3061 | 646.828.7557 |
| Tonolli | Sean | | Cahill Gordon & Reindel LLP | stonolli | cahill.com | 202.862.8960 | 650.799.5315 |
| Waldrip | Glenn | | Cahill Gordon & Reindel LLP | gwaldrip | cahill.com | 212.701.3110 | 917.450.1943 |
| Hopkins | Timothy | H. | Groom & Cave, LLP | thopkins | groomandcave.com | 408.286.3300 | |
| Lourie | Andy | | Kobre & Kim | andrew.lourie | kobrekim.com | 202.664.1907 | 917.667.5238 |
| McGovern | Bill | | Kobre & Kim | william.mcgovern | kobrekim.com | 212.488.1210 | |
| Dragoo | Denise | | Snell & Wilmer LLP | ddragoo | swlaw.com | 801.257.1998 | |
| Fortner | Tyler | | Snell & Wilmer LLP | tfortner | swlaw.com | | |
| Ricks | Ryan | | Snell & Wilmer LLP | rricks | swlaw.com | 602.382.6551 | |
| Vryhof | John | | Snell & Wilmer LLP | jvryhof | swlaw.com | 602.382.6333 | |
| Blazevich | Lindsey | | Wallin Hester PLC | LBlazevich | wallinhester.com | | |
| Broemer | Kaela | | Wallin Hester PLC | kbroemer | wallinhester.com | | |
| Feasel | Lori | | Wallin Hester PLC | lfeasel | wallinhester.com | | |
| Hester | Chad | | Wallin Hester PLC | c.hester | wallinhester.com | 480.240.4150 | |
| Hill | Tedi | | Wallin Hester PLC | thill | wallinhester.com | | |
| Osugi | Ryan | | Wallin Hester PLC | ROsugi | wallinhester.com | 480.240.4150 | |
| Wallin | Troy | | Wallin Hester PLC | twallin | wallinhester.com | 480.240.4150 | 480.299.9431 |
| Healey | Terence | | Hughes Hubbard & Reed | terence.healy | hugheshubbard.com | | |
| Booher | Troy | L. | Zimmerman Booher | tbooher | zbappeals.com, zjbappeal.com | | |
| Zimmerman | Michael | D. | Zimmerman Booher | mzimmerman | zbappeals.com, zjbappeal.com | | |
| Lewis | Matthew | | Kunzler Bean & Adamson | mlewis | kba.law | | |
| Bell | Ryan | | Kunzler Bean & Adamson | rbell | kba.law | | |
| Slade | Kiersten | | Kunzler Bean & Adamson | kslade | kba.law | | |
| Brass | Edward | K. | Brass & Cordova | | edbrasslaw.com | | |
| | | | Langford Ramos | | langfordramos.com, langfordramoslaw.com | | |
| Bartolini | Tania | | Bartolini Law | tania.bartolini | bartolinilaw | 954.368.4050 | |