

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2022

**BY EMAIL**

Marc Mukasey, Esq.
570 Lexington Ave.
Suite 3500
New York, NY 10022

   Re:   *United States v. Trevor Milton*, 21 Cr. 478 (ER)

Dear Mr. Mukasey:

   We write to provide further information about the clawed back records referenced in the Government's January 14, 2022 Opposition Brief.  ("Opp. Br.," *see* ECF 71 at 61 n.9).

   As background, the Government obtained approximately 13 search warrants in this case. Those search warrant returns consist of well over 500,000 files, of which approximately 465,994 files are loaded on Relativity. As we have explained, the filter team ran search term reports for three sets of counsel: Milton's personal counsel, Nikola's internal counsel, and Nikola's external counsel, against the search warrant returns with the exception of returns for social media accounts. The hits were then segregated as potentially privileged so that they were inaccessible to the prosecution team.

   As set forth in our Opp. Brief, there have been three claw backs in the case. The first claw back occurred on or about June 25, 2021, when a member of the prosecution team, AUSA Jordan Estes, was reviewing documents on the Relativity platform and identified an email that involved Tara Bartolini, who appeared to be an attorney. AUSA Estes stopped reviewing the email and alerted the filter team. The filter team confirmed that Tara Bartolini was an attorney, added Bartolini to the Milton Counsel list and then clawed back 112 documents related to Bartolini. According the Relativity records, only two of the clawed back documents were opened by the prosecution team. Specifically, AUSA Estes opened two of the emails on June 25, 2021. AUSA Estes does not have a memory of reviewing either email involving Bartolini other than noting that she appeared to be an attorney on one of the emails, causing her to stop her review and contact the filter team.

   The second claw back occurred on or about July 9, 2021, when a member of the prosecution team, AUSA Estes, noticed a document referencing "Terence Healy," whom she knew represented Milton in this matter. AUSA Estes notified the filter team that there was a report of interviews for Terence Healey of Hughes Hubbard in the 2021.01.27 search warrant returns. The filter team investigated and learned that the 2021.01.27 search warrant returns, and one other set of returns,

had been inadvertently made available to the prosecution team without attorney search terms being run and the hits segregated. The filter team then advised the prosecution team that these returns had not been screened for privilege so they should not access them. The filter team then had the search terms run in the two sets of returns and 131 documents were segregated as potentially privileged. Relativity records indicate that only six documents from the two sets of search warrant returns were opened by the prosecution team before they were clawed back.  Specifically, AUSA Estes viewed six documents on July 9, 2021.  AUSA Estes only recalls noticing one document that appeared to be a memorandum of an interview conducted by Terrence Healy. AUSA Estes recalls that she did not review the interview memorandum and thus does not recall any of the substance of any of the documents.

The third claw back occurred in November 2021, after you identified additional attorney names to run in the search warrant returns. After receiving those names, the filter team ran searches to identify those relating to the newly identified attorneys and segregated 77 documents as potentially privileged. Relativity records indicate that only two documents were viewed by the prosecution team before the claw back. Specifically, AUSA Estes had reviewed one of those documents on June 27, 2021, and AUSA Matthew Podolsky had reviewed one of those documents on July 11, 2021. Neither recall any details about the documents.

The filter team is preparing the ten documents referenced herein for production and will produce them to you as soon as they are ready.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: s/_____
    Jordan Estes
    Matthew Podolsky
    Nicolas Roos
    Assistant United States Attorneys
    (212) 637-2543/1947/2421

cc: Bradley Bondi, Esq.
    Terence Healy, Esq.