UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                                25-CR-473 (JPO)

JOSHUA WANDER,                                          ORDER
                              Defendant.

J. PAUL OETKEN, District Judge:

Upon consideration of the submissions filed by the Government and Defendant Joshua

Wander regarding the Government's motion to modify Defendant's conditions of release (ECF

Nos. 42-43), and the arguments of counsel at the conference held on July 30, 2026, the Court

hereby modifies Defendant's conditions of release to include the following condition:

Defendant shall not contact or communicate with current or former employees of 777

Partners (other than immediate family members), including Witness-1, or any victims of the

Defendant's alleged crimes, except in the presence of counsel, unless the Government or the

Court exempts an individual from this no-contact rule.

SO ORDERED.

Dated:  August 4, 2026
        New York, New York

                                                    _____
                                                    J. PAUL OETKEN
                                                    United States District Judge